**RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
District of Southern FL

Case Number: 20-CV-22054-DPG

Plaintiff:
**SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A.**

vs.

Defendant:
**NOETIC, INC., et al.,**

For:
Jorge Espinosa
GRAY ROBINSON
333 SE 2nd Avenue
Suite 3200
Miami, FL 33131

Received by DLE Process Servers, Inc on the 10th day of July, 2020 at 4:12 pm to be served on **Noetic, Inc. c/o: Registered Agent: Registered Agents Inc., 7901 4th Street N., Suite 300, St. Petersburg, FL 33702.**

I, Michele Carpintier, do hereby affirm that on the **14th day of July, 2020** at **11:47 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons In A Civil Action, Complaint For Patent Infringement and Exhibits.** at 7901 4th Street N., Suite 300, St. Petersburg, FL 33702 with the date and hour of service endorsed thereon by me, to: **Charlotte Green** as **Admin. Ass't** for **Registered Agents Inc., REGISTERED AGENT** on behalf of**Noetic, Inc.** and informing said person of the contents therein, in compliance state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Under penalties of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated are true. F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525

**Michele Carpintier**
APS 26478

**DLE Process Servers, Inc**
**936 Sw 1st Avenue**
**#261**
**Miami, FL 33130**
**(786) 220-9705**

Our Job Serial Number: DLE-2020028281

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c