UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-CV-22054-DPG

SISVEL INTERNATIONAL S.A.,
3G LICENSING S.A., and SISVEL S.p.A.

       Plaintiff(s),

vs.

NOETIC, INC. and SUN CUPID
TECHNOLOGY (HK), LTD.

       Defendant(s).
_____/

## NOTICE OF APPEARANCE

The undersigned gives notice and appears as counsel on behalf of the Defendant, NOETIC, INC., and requests service of all notices, motions and papers filed in this matter. The undersigned hereby designates the following email address for email service in the above-styled matter:

Hongwei Shang, Esq.
Primary Email: hshanglaw@gmail.com

Dated: August 4, 2020.

**THE LAW OFFICE OF HONGWEI SHANG, LLC**
7350 SW 89th Street, Suite 100
Miami, Florida 33156
Phone: (305) 670-5266
Fax: (305) 670-5299
Email: hshanglaw@gmail.com

S/Hongwei Shang_____
Hongwei Shang, Esquire
Florida Bar No.: 0037199
*Attorney for Defendant*

1

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this 4th day of August, 2020, via ECF system:

Jorge Espinosa, Esq.
jespinosa@etlaw.com
Francesca Russo, Esq.
frusso@etlaw.com
Robert R. Jimenez, Esq.
rjimenez@etlaw.com
GRAY ROBINSON, P.A.
333 S.E. 2nd Ave., Suite 300
Miami, FL 33131
Tel: 305-416-6880
Fax: 305-416-6887

                      S/ Hongwei Shang
                      Hongwei Shang