UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-CV-22054-DPG

SISVEL INTERNATIONAL S.A.,
3G LICENSING S.A., and SISVEL S.p.A.

      Plaintiff(s),

vs.

NOETIC, INC. and SUN CUPID
TECHNOLOGY (HK), LTD.

      Defendant(s).
_____/

**DEFENDANT, NOETIC, INC.'S, MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT FOR PATENT INFRINGEMENT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant, NOETIC, INC., respectfully submits this Motion for an Extension of Time to Respond to Plaintiff's Complaint for Patent Infringement (the "Complaint") to and including September 3, 2020. In support hereof, Defendant states the following:

1. Plaintiffs filed the Complaint on May 18, 2020.

2. Defendant, NOETIC, INC., was served with the original Summons and Complaint on July 14, 2020.

3. The deadline for Defendant to file a response to the Complaint was August 4, 2020.

4. The undersigned was retained by Defendant in the evening of August 4, 2020 and will need additional time to review the Complaint and discuss the case with Defendant's corporate representative to properly respond to the Complaint.

5. As soon as the undersigned was retained, the undersigned contacted counsel for Plaintiffs requesting an extension of time to file a response to the Complaint. Counsel for Plaintiff do not oppose the motion.

THEREFORE, Defendant, NOETIC, INC., respectfully requests the Court for an order extending the time to respond to the Complaint for Patent Infringement up to and including September 3, 2020 and award such other relief as this Court deems proper.

Dated: August 5, 2020.

Respectfully submitted by:

**The Law Office of Hongwei Shang, LLC**
7350 SW 89th Street, Suite 100
Miami, FL 33156
Tel: (305) 670-5266
Fax: (305) 670-5299
Email: hshanglaw@gmail.com

/S/Hongwei Shang
Hongwei Shang, Esq.
Fla Bar No. 0037199

*Attorney for Defendant Noetic, Inc.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this 5th day of August, 2020, by ECF system to:

Jorge Espinosa, Esq.
Jorge.Espinosa@gray-robinson.com
Francesca Russo, Esq.
francesca.russo@gray-robinson.com
Robert R. Jimenez, Esq.
Robert.Jimenez@gray-robinson.com
GRAY ROBINSON, P.A.
333 S.E. 2nd Ave., Suite 300
Miami, FL 33131
Tel: 305-416-6880
Fax: 305-416-6887

/S/Hongwei Shang_____
Hongwei Shang