UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-CV-22054-DPG

SISVEL INTERNATIONAL S.A.,
3G LICENSING S.A., and SISVEL S.p.A.

        Plaintiff(s),

vs.

NOETIC, INC. and SUN CUPID
TECHNOLOGY (HK), LTD.

        Defendant(s).
_____/

## DEFENDANT, NOETIC, INC.'S, SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT FOR PATENT INFRINGEMENT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant, NOETIC, INC., respectfully submits this Defendant, Noetic, Inc.'s Second Motion for Extension of Time to Respond to Plaintiff's Complaint for Patent Infringement (the "Complaint") to and including October 3, 2020. In support hereof, Defendant states the following:

1. Plaintiffs filed the Complaint [ECF No. 1] on May 18, 2020.

2. Defendant, NOETIC, INC., was served with the original Summons and Complaint on July 14, 2020.

3. The deadline for Defendant to file a response to the Complaint was August 4, 2020.

4. The Court entered an Order [ECF No. 10] extending the deadline to September 3, 2020 on an unopposed Motion for Extension of Time to Respond to Complaint for Patent Infringement [ECF No 9] filed by the Defendant.

5. Ever since the initiation of the case, the parties have engaged in good faith negotiations to resolve the issues raised in this Complaint and various other complaints filed by the Plaintiffs in other jurisdictions by a global settlement agreement, and additional time will be needed for the parties to reach such a settlement agreement considering the complexity of the matter.

6. The undersigned has in good faith contacted counsel for Plaintiffs regarding this second request for extension of time to respond to the Complaint. Counsel for Plaintiffs do not oppose the motion.

THEREFORE, Defendant, NOETIC, INC., respectfully requests the Court for an order extending the time to respond to the Complaint for Patent Infringement up to and including October 3, 2020 and award such other relief as this Court deems proper.

Dated: September 1, 2020.

        Respectfully submitted by:

**The Law Office of Hongwei Shang, LLC**
7350 SW 89th Street, Suite 100
Miami, FL 33156
Tel:  (305) 670-5266
Fax: (305) 670-5299
Email: hshanglaw@gmail.com

/S/Hongwei Shang_____
Hongwei Shang, Esq.
Fla Bar No. 0037199

*Attorney for Defendant Noetic, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this 1st day of September, 2020, by ECF system to:

Jorge Espinosa, Esq.
Jorge.Espinosa@gray-robinson.com
Francesca Russo, Esq.
francesca.russo@gray-robinson.com
Robert R. Jimenez, Esq.
Robert.Jimenez@gray-robinson.com
GRAY ROBINSON, P.A.
333 S.E. 2nd Ave., Suite 300
Miami, FL 33131
Tel: 305-416-6880
Fax: 305-416-6887

/S/Hongwei Shang_____
Hongwei Shang