**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No. 1:20-cv-22054-DPG**

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A., <br><br> Plaintiffs, <br><br> v. <br><br> NOETIC, INC. and SUN CUPID TECHNOLOGY (HK) LTD. <br><br> Defendants. | **JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
ONLY AS TO DEFENDANT SUN CUPID TECHNOLOGY (HK) LTD.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Sisvel International S.A., 3G Licensing S.A., and Sisvel S.p.A. ("Plaintiffs") hereby dismiss this action against Defendant Sun Cupid Technology (HK) Ltd. ("Sun Cupid") without prejudice. According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant Sun Cupid has not yet answered the Complaint. Accordingly, Plaintiffs voluntarily dismiss this action against Defendant Sun Cupid without prejudice pursuant to Rule 41(a)(1). Each party shall bear its own costs, expenses, and attorneys' fees.

*[Signature Appears on Next Page]*

Dated: September 8, 2020

/s/Jorge Espinosa
Jorge Espinosa, Esq.
Florida Bar No: 779032
jorge.espinosa@gray-robinson.com
Francesca Russo, Esq.
Florida Bar No.: 174912
francesca.russo@gray-robinson.com
Robert R. Jimenez, Esq.
Fla. Bar. No. 72020
robert.jimenez@gray-robinson.com
**GRAY | ROBINSON, P.A.**
333 S.E. 2nd Ave., Suite 3200
Miami, FL 33131
Tel: 305-416-6880
Fax: 305-416-6887

*Attorneys for Plaintiffs*
*SISVEL INTERNATIONAL S.A.,*
*3G Licensing, S.A., and SISVEL S.p.A.*