UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-CV-22054-DPG

SISVEL INTERNATIONAL S.A.,
3G LICENSING S.A., and SISVEL S.p.A.

        Plaintiff(s),

vs.

NOETIC, INC. and SUN CUPID
TECHNOLOGY (HK), LTD.

        Defendant(s).
_____/

## DEFENDANT, NOETIC, INC.'S, THIRD MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT FOR PATENT INFRINGEMENT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant, NOETIC, INC., respectfully submits this Defendant, Noetic, Inc.'s Third Motion for Extension of Time to Respond to Plaintiff's Complaint for Patent Infringement (the "Complaint") to and including October 26, 2020. In support hereof, Defendant states the following:

1. Plaintiffs filed the Complaint [ECF No. 1] on May 15, 2020.

2. Defendant, NOETIC, INC., was served with the original Summons and Complaint on July 14, 2020.

3. The deadline for Defendant to file a response to the Complaint was August 4, 2020.

4. The Court entered an Order [ECF No. 12] extending the deadline to October 3, 2020 on an unopposed Second Motion for Extension of Time to Respond to Complaint for Patent Infringement [ECF No 11] filed by the Defendant.

1

5. Ever since the initiation of the case, the parties have engaged in good faith negotiations to resolve the issues raised in this Complaint and various other complaints filed by the Plaintiffs in other jurisdictions by a global settlement agreement and are very close to a final settlement agreement. However, there are still some minor aspects to be considered which require additional time to complete by the parties.

6. The undersigned has in good faith contacted counsel for Plaintiffs regarding this third request for extension of time to respond to the Complaint. Plaintiffs do not consent but will not oppose the motion.

THEREFORE, Defendant, NOETIC, INC., respectfully requests the Court for an order extending the time to respond to the Complaint for Patent Infringement up to and including October 26, 2020 and award such other relief as this Court deems proper.

Dated: September 29, 2020.

    Respectfully submitted by:

**The Law Office of Hongwei Shang, LLC**
7350 SW 89th Street, Suite 100
Miami, FL 33156
Tel:  (305) 670-5266
Fax: (305) 670-5299
Email: hshanglaw@gmail.com

/S/Hongwei Shang
Hongwei Shang, Esq.
Fla Bar No. 0037199

*Attorney for Defendant Noetic, Inc.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this 29th day of September, 2020, by ECF system to:

Jorge Espinosa, Esq.
Jorge.Espinosa@gray-robinson.com
Francesca Russo, Esq.
francesca.russo@gray-robinson.com
Robert R. Jimenez, Esq.
Robert.Jimenez@gray-robinson.com
GRAY ROBINSON, P.A.
333 S.E. 2nd Ave., Suite 300
Miami, FL 33131
Tel: 305-416-6880
Fax: 305-416-6887

/S/Hongwei Shang
Hongwei Shang