**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No. 1:20-cv-22054-DPG**

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A., <br><br> Plaintiffs, <br><br> v. <br><br> NOETIC, INC. and SUN CUPID TECHNOLOGY (HK) LTD., <br><br> Defendants. | |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs, SISVEL INTERNATIONAL S.A., 3G LICENSING S.A. and SISVEL S.p.A. (collectively, "Plaintiffs") and Defendants, SUN CUPID TECHNOLOGY (HK) LTD and NOETIC, INC ("Defendants", and with Plaintiffs the "Parties"), by and through their undersigned counsel, hereby give notice that the Parties have settled the instant case. The Parties' negotiated and finalized Settlement Agreement is currently being executed by the Parties. The Parties request that all deadlines be stayed by the Court until the Parties have finished signing the Settlement Agreement and they file their notices of dismissal.

**[SIGNATURES ON SUBSEQUENT PAGE]**

Respectfully Submitted:

| | |
|---|---|
| **GRAYROBISON, P.A**. | **THE LAW OFFICE OF HONGWEI SHANG, LLC** |
| */s/ Jorge Espinosa* | */s/ Hongwei Shang* |
| Jorge Espinosa, Esq. | Hongwei Shang, Esq. |
| Florida Bar No: 779032 | Florida Bar No: 0037199 |
| jorge.espinosa@gray-robinson.com | hshanglaw@gmail.com |
| Francesca Russo, Esq. | THE LAW OFFICE OF HONGWEI SHANG, LLC |
| Florida Bar No.:174912 | 7350 SW 89th Street, Suite 100 |
| francesca.russo@gray-robinson.com | Miami, FL 33156 |
| Robert R. Jimenez, Esq. | Tel: 305-670-5266 |
| Florida Bar No.: 72020 | Fax: 305-670-5299 |
| Robert.jimenez@gray-robinson.com | |
| GRAY \| ROBINSON, P.A. | *Attorney for Defendants* |
| 333 S.E. 2nd Ave., Suite 300 | *NOETIC, INC. and* SUN CUPID TECHNOLOGY (HK) LTD |
| Miami, FL 33131 | |
| Tel: 305-416-6880 | |
| Fax: 305-416-6887 | |

*Attorneys for Plaintiffs*
*SISVEL INTERNATIONAL S.A.,*
*3G LICENSING S.A., and SISVEL S.p.A*